**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

UNITED STATES OF AMERICA,

                  Plaintiff,

     v.

FEDO ANTONIA MANNING,

                 Defendant.

Crim. No. 23-00111-05-CR-W-BP
Crim. Complaint No. 24-MJ-00022-WBG (LMC)

## MOTION TO DISMISS CRIMINAL COMPLAINT

Comes now William A. Alford, III, Assistant United States Attorney, and moves the Court to dismiss the Criminal Complaint filed on March 11, 2024, before United States Magistrate Judge Lajuana M. Counts, at Kansas City, Missouri, charging the defendant with violations of Title 18, United States Code, Sections 933(a)(1), (3), and (b), Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

/s/ William A. Alford, III
William A. Alford, III
Assistant United States Attorney